**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| | : | Civil Action No. 04-5044 (FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| SANDRA PRICE, SHANNON PRICE and | : | |
| ANDRE PRICE, | : | |
| | : | September 8, 2008 |
| Defendants. | : | |
| | : | |

This matter coming before this Court upon Magistrate Judge Shwartz's July 17, 2008 Report and Recommendation recommending that "the United States District Judge enter a judgment declaring that the general release that plaintiff had sent to defendant Sandra Price is fully binding and that all of her claims to the life insurance proceeds are deemed abandoned. The parties have ten (10) days from receipt of this recommendation to file and serve objections;" and

it appearing that neither party has filed an objection to the Report and Recommendation and that ten days have passed, *see* L. Civ. R. 72.1(c)(2); and

this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

 **IT IS** on this 8th day of September, 2008

**ORDERED** that Magistrate Judge Shwartz's July 17, 2008 Report and Recommendation is adopted as the Opinion of this Court; and it is

**ORDERED** that the general release that plaintiff had sent to defendant Sandra Price is

fully binding and that all of her claims to the life insurance proceeds are deemed abandoned; and

it is

     **ORDERED** in accordance with the release, that the Plan Benefits shall be split evenly

and paid to Andre Price and Shannon Price; and it is further

     **ORDERED** that this action be dismissed with prejudice and this case is **CLOSED**.


                     /s/ Faith S. Hochberg
                     Hon. Faith S. Hochberg, U.S.D.J.